J. RANDALL JONES, ESQ. (#1927)
r.jones@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC. and LOAN PAYMENT ADMINISTRATION LLC,<br><br>Defendants. | Case No. 2:16-CV-00465-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW, Defendants Nationwide Biweekly Administration, Inc., and Loan Payment Administration, LLC (collectively, "Defendants"), by and through their counsel, Kemp, Jones & Coulthard, LLP, and Markovits, Stock & DeMarco, LLC, and Plaintiff Dean Krogstad, on behalf of himself and others similarly situated, by and through counsel, Muehlbauer Law Office, Ltd., and Pomerantz LLP, pursuant to Local Rule 6-1, and hereby stipulate, agree, and make a joint application to extend the time within which Defendants may file an answer or otherwise respond to Plaintiff's Complaint. Pursuant to FRCP 12(a), Defendants currently have until April 4, 2016, to answer or otherwise respond to the Complaint. This extension is requested because local counsel for Defendants was only recently retained and thus additional time is needed to respond to the Complaint.

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

Based upon the foregoing, the parties request that this Court order that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint be extended to and include **April 18, 2016.**

DATED this 31st day of March, 2016.

KEMP JONES & COULTHARD, LLP

*/s/ J. Randall Jones*

J. Randall Jones, Esq. (#1927)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001

MARKOVITS, STOCK & DEMARCO LLC

Bill Markovits (to be admitted pro hac vice)
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Tel: (513) 651-3700
Fax: (513) 665-0219
Email: bmarkovits@msdlegal.com
*Attorneys for Defendants*

DATED this 31st day of March, 2016.

MUEHLBAUER LAW OFFICE, LTD.

*/s/ Andrew R. Muehlbauer*

7915 West Sahara Ave., Suite 104
Las Vegas, NV 78117
Tel: (702) 330-4505
Fax: (702) 825-0141
Email: andrew@mlolegal.com

POMERANTZ LLP

Gustavo F. Bruckner (to be admitted pro hac vice)
600 Third Ave.
New York, NY
Tel: (212) 661-1100
Fax: (917) 463-1044
Email: gfbruckner@pomlaw.com

Jayne A. Goldstein (to be admitted pro hac vice)
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel: (561) 270-0795
Fax: (954-315-3454
Email: jagoldstein@pomlaw.com

Perry Gattegno (to be admitted pro hac vice)
10 S. LaSalle, Suite 3505
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
Email: pgattegno@pomlaw.com
*Counsel for Plaintiff and the Proposed Class*

**ORDER**

IT IS SO ORDERED:

DATED: April 4, 2016

_____
United States Magistrate Judge