J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
KEMP JONES & COULTHARD, LLP
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Fax: (702) 385-6001
Email:  r.jones@kempjones.com

*Attorney for Nationwide Biweekly Administration, Inc.,
and Loan Payment Administration, LLC*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEAN KROGSTAD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>LOAN PAYMENT ADMINISTRATION, LLC. and NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO: 2:16-cv-00465–APG-CWH**<br><br><br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR AMENDMENT OF THE PLEADINGS AND ADDING PARTIES**<br><br>**(FIRST REQUEST)** |
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>Third-Party Plaintiff,<br>vs.<br><br>BMO HARRIS BANK, N.A.<br><br>Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) | |

1

## STIPULATION AND ORDER EXTENDING DEADLINE
## FOR AMENDMENT OF THE PLEADINGS AND ADDING PARTIES

### (FIRST REQUEST)

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendants Loan Payment Administration, LLC. and Nationwide Biweekly Administration, Inc. ("Defendants") and Plaintiff Dean Krogstad, on behalf of himself and all others similarly situated ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 13, 2016, Defendants served a third-party subpoena request on BMO Harris Bank, N.A. ("BMO") for the production of documents.

2. On June 16, 2016, Defendants served a third-party subpoena request on U.S. Bank, N.A. ("US Bank") for the production of documents.

3. In October 2016, BMO produced to Defendants two sets of documents pursuant to Defendants' subpoena request.

4. On November 22, 2016, Defendants commenced an action against BMO by filing a third-party complaint.

5. On December 21, 2016, this Court granted Defendants' Motion to Compel US Bank to produce documents pursuant to Defendants' subpoena request.

6. US Bank has not yet produced any documents to Defendants.

7. Pursuant to the Discovery Plan and Scheduling Order, the deadline for Amendment of the Pleadings and Adding Parties is January 18, 2017. *See* ECF. 19, at ¶ 4.

8. The parties have agreed that (i) the deadline for Amendment of the Pleadings and Adding Parties is extended until thirty (30) calendar days after US Bank produces documents to Defendants, (ii) a new Discovery Plan and Scheduling Order will be created after US Bank

produces documents to Defendants, and (iii) all deadlines after January 18, 2017 on the current Discovery Plan and Scheduling Order (ECF. 19) are stayed until a new Discovery Plan and Scheduling Order is created.

9. The parties have agreed that Defendants will notify the Court once US Bank produces documents to Defendants.

10. Based on the foregoing, the parties have agreed that an extension is appropriate and respectfully request the Court's approval.

THEREFORE, Defendants Loan Payment Administration, LLC. and Nationwide Biweekly Administration, Inc., and Plaintiff Dean Krogstad, on behalf of himself and all others similarly situated, hereby stipulate and agree that (i) the deadline for Amendment of the Pleadings and Adding Parties is extended until thirty (30) calendar days after US Bank produces documents to Defendants, (ii) a new Discovery Plan and Scheduling Order will be created after US Bank produces documents to Defendants, and (iii) all deadlines after January 18, 2017 on the current Discovery Plan and Scheduling Order (ECF. 19) are stayed until a new Discovery Plan and Scheduling Order is created.

DATED this 17th day of January 2017.

| KEMP JONES & COULTHARD, LLP | MUEHLBAUER LAW OFFICE, LTD. |
|---|---|
| /s/ J. Randall Jones | /s/ Andrew R. Muehlbauer |
| J. Randall Jones, Esq. (#1927) | Andrew R. Muehlbauer (#10161) |
| Madison P. Zornes-Vela (#13626) | 7915 West Sahara Ave., Suite 104 |
| Wells Fargo Tower, 17th Floor | Las Vegas, Nevada 78117 |
| 3800 Howard Hughes Parkway | Tel: (702) 330-4505 |
| Las Vegas, Nevada 89169 | Fax: (702) 825-0141 |
| Tel: (702) 385-6000 | Email: andrew@mlolegal.com |
| Fax: (702) 385-6001 | |
| Email: r.jones@kempjones.com | *Attorney for Dean Krogstad, on behalf of* |
| Email: m.zornes-vela@kempjones.com | *himself and all others similarly situated* |

MARKOVITS, STOCK & DEMARCO, LLC

/s/ W.B. Markovits
W.B. Markovits
Ohio Bar No.:  0018514
Christopher D. Stock
Ohio Bar No.:  0075443
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel:  (513) 651-3700
Fax:  (513) 665-0219
bmarkovits@msdlegal.com
cstock@msdlegal.com

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., and Loan Payment Administration, LLC.*

**IT IS ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2/6/17 _____