1    **UNITED STATES DISTRICT COURT**

2    **DISTRICT OF NEVADA**

3

4    DEAN KORGSTAD,                    )        Case No. 2:16-cv-0465-APG-CWH
                                       )
5            Plaintiff,                )
                                       )
6        v.                            )
                                       )
7    NATIONWIDE BIWEEKLY et al,        )        **ORDER**
                                       )
8            Defendants.               )
                                       )
9    _____)

10          Presently before the Court is third-party Plaintiff Nationwide Biweekly Administration, Inc.'s

11   proposed discovery plan and scheduling order (ECF No. 66), filed on February 27, 2017.  Third-

12   party Defendant BMO Harris Bank, N.A. has not joined Plaintiff in filing a proposed discovery plan.

13          Under Local Rule 26-1, a plaintiff must initiate scheduling conference within 30 days of the

14   first defendant's appearance, and the parties must then submit a stipulated discovery plan and

15   scheduling order within 14 days of the scheduling conference.  Here, Defendant first appeared (ECF

16   No. 51) on January 12, 2017, and according to Plaintiff's representations, Defendant has not agreed

17   to meet and confer to draft a discovery plan.

18          IT IS THEREFORE ORDERED that Plaintiff Nationwide Biweekly Administration and

19   Defendant BMO Harris Bank meet and confer and filed a stipulated discovery plan and scheduling

20   order no later than March 14, 2017.  Plaintiff's proposed discovery plan and scheduling order is

21   denied without prejudice.

22          DATED: February 28, 2017.

23

24          _____
                 C.W. Hoffman, Jr.
25               United States Magistrate Judge

26

27

28                                    1