J. RANDALL JONES, ESQ.
Nevada Bar No.: 001927
MADISON ZORNES-VELA, ESQ.
Nevada Bar No.: 013626
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email:  jrj@kempjones.com

[Additional counsel listed on signature page]

*Attorneys for Defendant and
Third-Party Plaintiff Nationwide Biweekly Administration, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD, on behalf of himself and, all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC. and LOAN PAYMENT ADMINISTRATION, LLC,<br><br>    Defendants.<br><br>―――――――――――――――<br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>    Third Party Plaintiff,<br><br>v.<br><br>BMO HARRIS BANK, N.A.<br><br>    Third Party Defendant | Case No.:   2:16-cv-00465–APG-CWH<br><br><br><br>**STIPULATION AND ORDER SETTING DEADLINE FOR AMENDMENT OF THE PLEADINGS AND ADDING PARTIES** |

## STIPULATION AND ORDER SETTING DEADLINE FOR AMENDMENT OF THE PLEADINGS AND ADDING PARTIES

Pursuant to LR IA 6-2 and LR 7-1, Defendants Loan Payment Administration, LLC. and Nationwide Biweekly Administration, Inc. ("Defendants") and Plaintiff Dean Krogstad, on behalf of himself and all others similarly situated ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 16, 2016, Defendants served a third-party subpoena request on U.S. Bank, N.A. ("US Bank") for the production of documents ("Defendants' Request").

2. On November 22, 2016, Defendants commenced an action against BMO Harris, N.A. ("BMO") by filing a third-party complaint (ECF No. 40).

3. On December 21, 2016, this Court granted Defendants' Motion to Compel US Bank to produce documents pursuant to Defendants' Request.

4. On January 12, 2017, BMO filed a Motion to Compel Arbitration and Dismiss Third-Party Complaint (ECF No. 51).

5. On February 2, 2017, this Court granted the Parties' Stipulation and Order Extending Deadline for Amendment of the Pleadings and Adding Parties ("Stipulation and Order Extending Deadline") (ECF No. 64).

6. Pursuant to Paragraph 9 of the Stipulation and Order Extending Deadline, the Parties agreed that (i) the deadline for Amendment of the Pleadings and Adding Parties would be extended until thirty (30) calendar days after US Bank produced its documents to Defendants in

response to Defendants' Request, and (ii) a new Discovery Plan and Scheduling Order would be created after that time.

7. On March 3, 2017, US Bank produced its documents to Defendants in response to Defendants' Request. Thus, the Parties agree that the new deadline for Amendment of the Pleadings and Adding Parties is April 3, 2017.

8. This Court has not yet ruled on BMO's Motion to Compel Arbitration and Dismiss Third-Party Complaint. The Parties agree to submit a Proposed Discovery Plan and Scheduling Order after this Court rules on BMO's Motion to Compel Arbitration and Dismiss Third-Party Complaint.

DATED this 14th day of March 2017.

KEMP JONES & COULTHARD, LLP

/s/ J. Randall Jones
J. Randall Jones, Esq. (#1927)
Madison P. Zornes-Vela (#13626)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Fax: (702) 385-6001
Email: r.jones@kempjones.com
Email: m.zornes-vela@kempjones.com

MARKOVITS, STOCK & DEMARCO, LLC

/s/ W.B. Markovits
W.B. Markovits
Ohio Bar No.: 0018514
Christopher D. Stock
Ohio Bar No.: 0075443
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Fax: (513) 665-0219

MUEHLBAUER LAW OFFICE, LTD.

/s/ Andrew R. Muehlbauer
Andrew R. Muehlbauer (#10161)
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 78117
Tel: (702) 330-4505
Fax: (702) 825-0141
Email: andrew@mlolegal.com

*Attorney for Dean Krogstad, on behalf of himself and all others similarly situated*

bmarkovits@msdlegal.com
cstock@msdlegal.com

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., and Loan Payment Administration, LLC.*

**IT IS ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2017