J. RANDALL JONES, ESQ.
Nevada Bar No.: 001927
MADISON ZORNES-VELA, ESQ.
Nevada Bar No.: 013626
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email:  jrj@kempjones.com

[Additional counsel listed on signature page]

*Attorneys for Defendant and
Third-Party Plaintiff Nationwide Biweekly Administration, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEAN KROGSTAD, on behalf of himself and, all others similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC. and LOAN PAYMENT ADMINISTRATION, LLC,<br><br>    Defendants.<br><br>_____<br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC.<br><br>    Third Party Plaintiff,<br><br>v.<br><br>BMO HARRIS BANK, N.A.<br><br>    Third Party Defendant | Case No.:   2:16-cv-00465–APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR AMENDMENT OF THE PLEADINGS AND ADDING PARTIES** |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR
AMENDMENT OF THE PLEADINGS AND ADDING PARTIES**

Pursuant to LR IA 6-2 and LR 7-1, Defendants Loan Payment Administration, LLC. and Nationwide Biweekly Administration, Inc. ("Defendants") and Plaintiff Dean Krogstad, on behalf of himself and all others similarly situated ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On November 22, 2016, Defendants commenced an action against BMO Harris, N.A. ("BMO") by filing a third-party complaint (ECF No. 40).

2. On January 12, 2017, BMO filed a Motion to Compel Arbitration and Dismiss Third-Party Complaint (ECF No. 51).

3. This Court has not yet ruled on BMO's Motion to Compel Arbitration and Dismiss Third-Party Complaint.

4. On March 15, 2017, this Court granted the Parties Stipulation and Order Setting Deadline for Amendment of the Pleadings and Adding Parties (ECF No. 73).

5. Pursuant to Paragraph seven of ECF No. 73, the Parties' agreed that "the new deadline for Amendment of the Pleadings and Adding Parties is April 3, 2017."

6. The Parties have agreed that the deadline for Amendment of the Pleadings and Adding Parties is extended until 30 days after this Court rules on BMO's Motion to Compel Arbitration and Dismiss Third Party Complaint (ECF No. 51).

DATED this 27th day of March 2017.

| | |
|---|---|
| KEMP JONES & COULTHARD, LLP | MUEHLBAUER LAW OFFICE, LTD. |

/s/ J. Randall Jones                    /s/ Andrew R. Muehlbauer

J. Randall Jones, Esq. (#1927)  
Madison P. Zornes-Vela (#13626)  
Wells Fargo Tower, 17th Floor  
3800 Howard Hughes Parkway  
Las Vegas, Nevada 89169  
Tel: (702) 385-6000  
Fax: (702) 385-6001  
Email:  r.jones@kempjones.com  
Email:  m.zornes-vela@kempjones.com  

Andrew R. Muehlbauer (#10161)  
7915 West Sahara Ave., Suite 104  
Las Vegas, Nevada 78117  
Tel: (702) 330-4505  
Fax: (702) 825-0141  
Email:  andrew@mlolegal.com  

*Attorney for Dean Krogstad, on behalf of himself and all others similarly situated*

MARKOVITS, STOCK & DEMARCO, LLC

/s/ W.B. Markovits                    
W.B. Markovits  
Ohio Bar No.:  0018514  
Christopher D. Stock  
Ohio Bar No.:  0075443  
119 East Court Street, Suite 530  
Cincinnati, OH 45202  
Tel:  (513) 651-3700  
Fax:  (513) 665-0219  
bmarkovits@msdlegal.com  
cstock@msdlegal.com  

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., and Loan Payment Administration, LLC.*

**IT IS ORDERED:**

_____  
UNITED STATES MAGISTRATE JUDGE

DATED:  March 28, 2017