J. RANDALL JONES, ESQ.
Nevada Bar No.: 001927
MADISON ZORNES-VELA, ESQ.
Nevada Bar No.: 013626
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email:  jrj@kempjones.com

[Additional counsel listed on signature page]

*Attorneys for Defendant and*
*Third-Party Plaintiff Nationwide Biweekly Administration, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD, on behalf of himself and, all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC. and LOAN PAYMENT ADMINISTRATION, LLC,<br><br>Defendants. | Case No.:   2:16-cv-00465–APG-CWH<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS AND GRANTING LEAVE OF THE COURT FOR SUBSTITUTION OF COUNSEL** |

**STIPULATION AND ORDER STAYING PROCEEDINGS AND GRANTING LEAVE OF THE COURT FOR SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 6-2 and LR 7-1, Defendants Loan Payment Administration, LLC. and

Nationwide Biweekly Administration, Inc. ("Defendants") and Plaintiff Dean Krogstad, on

behalf of himself and all others similarly situated ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On November 22, 2016, Defendants commenced an action against BMO Harris, N.A. ("BMO") by filing a third-party complaint (ECF No. 40).

2. On January 12, 2017, BMO filed a Motion to Compel Arbitration and Dismiss Third-Party Complaint (ECF No. 51).

3. On April 13, 2017, this Court granted BMO's Motion to Compel Arbitration and Dismiss Third-Party Complaint (ECF No. 76).

4. On May 10, 2017, Defendants filed a Notice of Appeal to this Court's Order compelling arbitration and dismissing third-party complaint (ECF No. 77).

5. If the appeal were granted, it would best utilize the Court and the Parties' time to simultaneously address the issues in this case; and thus, the Parties jointly request an Order administratively staying this case during the pendency of Defendant's appeal to ECF No. 76.

6. The Parties further request that the Court extend Defendants' response time to pending discovery to thirty (30) days from the date the Court lifts the stay.

7. The Parties agree that within thirty (30) days of the exhaustion of all appeals to ECF No. 76, the parties shall meet and confer and submit to the Court a stipulated discovery plan and scheduling order.

8. Finally, Defendants intend to substitute their counsel of record; both local and *pro hac vice* counsel; and thus, the Defendants request the Court grant leave to permit them the filing of a substitution of counsel.

DATED this 30th day of June 2017.

| KEMP JONES & COULTHARD, LLP | MUEHLBAUER LAW OFFICE, LTD. |
|---|---|
| /s/ J. Randall Jones | /s/ Andrew R. Muehlbauer |
| J. Randall Jones, Esq. (#1927) | Andrew R. Muehlbauer (#10161) |
| Madison P. Zornes-Vela (#13626) | 7915 West Sahara Ave., Suite 104 |
| Wells Fargo Tower, 17th Floor | Las Vegas, Nevada 78117 |
| 3800 Howard Hughes Parkway | Tel: (702) 330-4505 |
| Las Vegas, Nevada 89169 | Fax: (702) 825-0141 |
| Tel: (702) 385-6000 | Email: andrew@mlolegal.com |
| Fax: (702) 385-6001 | |
| Email: r.jones@kempjones.com | *Attorney for Dean Krogstad, on behalf of* |
| Email: m.zornes-vela@kempjones.com | *himself and all others similarly situated* |

MARKOVITS, STOCK & DEMARCO, LLC

/s/ W.B. Markovits
W.B. Markovits
Ohio Bar No.: 0018514
Christopher D. Stock
Ohio Bar No.: 0075443
119 East Court Street, Suite 530
Cincinnati, OH 45202
Tel: (513) 651-3700
Fax: (513) 665-0219
bmarkovits@msdlegal.com
cstock@msdlegal.com

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., and Loan Payment Administration, LLC.*

**IT IS ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 10, 2017