# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD,<br><br>　　Plaintiff<br><br>v.<br><br>NATIONWIDE BIWEEKLY<br>ADMINISTRATION, INC., et al.,<br><br>　　Defendants | Case No.: 2:16-cv-00465-APG-CWH<br><br>**Order for Status Report** |

IT IS ORDERED that on or before February 28, 2019, the parties shall file a joint status report regarding what, if anything, remains of this case.

DATED this 6th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE