# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEAN KROGSTAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE BIWEEKLY<br>ADMINISTRATION, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:16-cv-00465-APG-CWH<br><br>**ORDER** |

This matter is before the court on the parties' joint status report (ECF No. 95), filed on February 28, 2019. On July 10, 2017, the court granted the parties' stipulation to stay the proceedings pending the resolution of defendants' appeal. (Order (ECF No. 83). On February 6, 2019, the court ordered the parties to submit a joint status report. (Order (ECF No. 93). The joint status report outlines the parties' positions on whether the stay of these proceedings should continue. Plaintiff argues that the court should lift the stay of this case. Defendants argues that the stay should continue pending the resolution of an appeal of a case possibly related to this action. Having reviewed the parties' arguments, the court is unable to issue a finding, absent further briefing or the filing of a motion. The case will therefore remain stayed for an additional 30 days from the date of this order.

　　　IT IS SO ORDERED.

　　　DATED: March 6, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　C.W. HOFFMAN, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE