# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD, | Case No.: 2:16-cv-00465-APG-DJA |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 128] |
| NATIONWIDE BIWEEKLY ADMINISTRATION, INC., et al., | |
| Defendants | |

IT IS ORDERED that the motion to extend time **(ECF No. 128) is GRANTED**. The defendants shall file their motion to dismiss on or before October 21, 2019.

DATED this 15th day of October, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE