KAMER ZUCKER ABBOTT
Carol Davis Zucker #2543
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646
czucker@kzalaw.com

Attorneys for Defendants
Nationwide Biweekly Administration, Inc. and
Loan Payment Administration, LLC,
in a limited capacity, exclusively to respond
to the Amended Complaint and to seek
resolution

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEAN KROGSTAD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE BIWEEKLY ADMINISTRATION, INC., LOAN PAYMENT ADMINISTRATION, LLC, and DANIEL LIPSKY,<br><br>Defendants. | Case No. 2:16-cv-00465-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

The claims of Dean Krogstad having been voluntarily dismissed in their entirety *with prejudice*, including all financial and any other interests in the putative class claims, the pending case is now moot following Brady v. AutoZone Stores, Inc., 2020 WL 2893790 No 19-35122 (9th Cir. June 3, 2020)("This case requires us to decide what happens when a class representative voluntarily settles only his individual claims without indicating any financial stake in the unresolved class claims. We conclude that such a scenario renders the class claims moot, and therefore dismiss this appeal.") As such, dismissal of the entire case *without prejudice* is now required under legal precedent. Given this

procedural posture, the parties have no objection to a dismissal *without prejudice* of the entire case.

WHEREFORE, given this procedural posture and legal precedent, the parties respectfully request that this matter be dismissed in its entirety *without prejudice,* with each party to bear their own costs and attorneys' fees.

DATED this __18th__ day of May, 2021.    DATED this __18th__ day of May, 2021.

    MUEHLBAUER LAW OFFICE, LTD.        KAMER ZUCKER ABBOTT

By: ___/s/ *Andrew R. Muehlbauer*___   By: ___/s/ *Carol Davis Zucker*___
    Andrew R. Muehlbauer   #10161     Carol Davis Zucker   #2543
    7915 West Sahara Avenue, Suite 104     3000 West Charleston Blvd., Suite 3
    Las Vegas, Nevada   89117     Las Vegas, Nevada   89102
    Tel:   (702) 330-4505     Tel:   (702) 259-8640
    Fax:   (702) 825-0141     Fax:   (702) 259-8646
        And
    Gustavo F. Bruckner, Esq.
    Pomerantz LLP
    600 Third Avenue
    New York, New York   10016

    Attorneys for Plaintiffs     Attorneys for Defendants
    Dean Krogstad, Individually and     Nationwide Biweekly Administration, Inc.
    On Behalf of All Others Similarly Situated     and Loan Payment Administration, LLC

DATED this __18th__ day of May, 2021.

___/s/ *Daniel S. Lipsky*___
Daniel S. Lipsky
8234 Voltaire Court
Waynesville, Ohio 45068
Tel:   (937) 673-0730

Defendant in Proper Person

## ORDER

**IT IS SO ORDERED.**

Date: __May 19, 2021__      _____
                                       UNITED STATES DISTRICT JUDGE

KAMER ZUCKER ABBOTT    *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640     Page 2 of 2